FILED
October 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002997136

2 pages

LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding CA 96099
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: dcowan@dcowanlaw.com

Attorney for John W. Reger, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                   Case No. 09-30834-B-7

SCOTT LEWIS AND                          DCN: DKC-3
PAULA M. LEWIS
                                         Date: November 23, 2010
                                         Time: 9:32 AM
                                         Judge: Hon. Thomas C. Holman
            Debtors.                     Dept.: B, Ctrm 32, 6th Floor
                                         501 I St., Sacramento, CA
_____/

MOTION FOR ORDER TO APPROVE SALE OF REAL PROPERTY

John W. Reger, Trustee in this case, moves this Court for an order authorizing him to sell the debtors' 78.95 % interest in one parcel of an undeveloped real estate lot in the City of Shasta Lake, Shasta County, California, APN 006-210-038. Title by the debtors is held in the name of Scott R. Lewis and Paula M. Lewis, Trustees of The Scott E. Lewis and Paula M. Lewis Revocable Living Trust Dated March 4, 2004. The Real Property Purchase Agreement is listed as **Exhibit A.**

The sale price is $5,000.00, subject to overbids at the time of the hearing. The trustee requests that the overbids be in increments of not less than $1,000. The sale is to be in accordance with the terms of the agreement, except for any increased price from bidding.

The potential buyer/purchaser of the property is John C. Muegge and/or assigns, who has

1

made an offer of $5,000.00, with a deposit of $1,000.00 payable to the trustee which is refundable only if he is not the final buyer. He presently is a co-owner of three parcels, holding a 21.05 % interest in each parcel.

The trustee believes that the purchase price is a reasonable fair market value for the property.

Other potential purchasers may wish to bid more for the property at the time of the hearing, but Mr. Muegge is the only one to make a firm offer as of the date of this motion. Mr. Muegge, of course, will also have the opportunity to bid at that time if there are additional bidders. Anyone desiring to bid must notify the trustee or his attorney in writing and give the trustee a deposit of $1,000 at least five days before the hearing of this motion. The deposit will be refunded at the request of a bidder who is not approved as the purchaser at the hearing, although any bidder who wishes to be approved as a "back-up" purchaser will need to allow the trustee to retain the deposit until the sale closes. All bids must be for cash, and the winning bidder must be prepared to consummate the sale within 20 days after the order approving the sale is entered. The money so deposited will be refunded if the sale is not consummated through no fault of the successful top bidder. The trustee reserves the right to cancel the sale as to the top bidder and proceed with a sale to the next highest bidder who was conditionally approved by the court if the sale to the top bidder cannot be consummated within that 30 days.

John Reger, Chapter 7 trustee, therefore requests that the court approve the sale of the real property to John C. Muegge and/or assigns, or if there are other qualified bidders, then to the highest qualified bidder, subject to the conditional acceptance of bids below the highest offer so that a sale can be completed without further order of this court if the approved sale to the highest bidder is not consummated within a reasonable time.

Dated: October 11, 2010

_____
Dennis K. Cowan, attorney for John W. Reger, Trustee

2